No. 856. Hines v. Texas;
No. 857. Ryan v. Same;

No. 858.   BROWN *v.* SAME; and
No. 859.   HUNTER *v.* SAME.

Decided May 1, 1939.
*Per Curiam:* The appeals are dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari, as required by § 237 (c) of the Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. The motions for leave to proceed further *in forma pauperis* are denied. Reported below: 136 Tex. Cr. R. 60, 94, 95, 140; 123 S. W. 2d 659–661.